# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137566 & (18)(19)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 137566
               COA: 284198
               Tuscola CC: 02-008497-FH

GEORGE LAVERN BODRIE,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for stay and to consolidate proceedings and the motion to remand are DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217